**Order entered July 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00357-CR

### JOSHUA LEE DIXON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82812-2014**

## ORDER

Appellant's brief was due June 17, 2015, but has not been filed. On June 15, 2015, appellant filed a pro se motion to dismiss the appeal. Because the motion was not signed by counsel, on June 16, 2015, the Court sent counsel a copy of the motion with a letter directing counsel to sign and return the motion within ten days if he concurred with appellant's decision. To date, counsel has neither returned a signed copy of the motion nor communicated with the Court regarding the appeal. Accordingly, we **ORDER** the trial court to make findings regarding the following.

- The trial court shall first determine whether appellant desires to pursue the appeal. If appellant no longer desires to pursue the appeal, the trial court shall make a finding to that effect and no further findings are required.

- If the trial court determines that appellant does desire to pursue the appeal, the trial court shall determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings regarding whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    ADA BROWN
       JUSTICE